

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00129-CV

**IN THE INTEREST OF E.J.E.**, J.J.E., J.N.E., and L.A.E., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00935
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 2, 2017.

_____
Irene Rios, Justice